1  Stephen Shaiken, Esq. (Bar No. 90915)
   LAW OFFICES OF STEPHEN SHAIKEN
2  170 Columbus Avenue, Suite 100
   Telephone: (415) 248-1012
3  Fax: (415) 248-0019

4  Attorney for Defendant,
   Noor Alocozy

**FILED**

SEP 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

SEP 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR05-00279 DLJ |
| Plaintiff, | **STANDING ORDER AUTHORIZING TRAVEL BETWEEN NORTHERN DISTRICTS AND EASTERN DISTRICTS** |
| vs. | |
| Noor Alocozy, | |
| Defendant, | |

The United States Probation Office has recommended that the conditions of probation be modified so as to permit defendant travel between the Northern and Eastern Districts of California at any time without the need for prior approval of the court or Probation. The Government has informed defense cousnel that it has no objection.

**GOOD CAUSE HAVING BEEN FOUND**, the conditions of probation are modified by this standing order allowing defendant to travel between the Northern and Eastern Districts of California at any time without prior approval of the Court or Probation.

Dated  Sept  1 , 2005

_____
Hon D. Lowell Jensen, U.S. District Court Judge

COPIES MAILED TO
PARTIES OF RECORD
CC TO PROBATION